## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 23-cv-01068-REB-KAS

MALINDA MOORE,

     Plaintiff,

v.

GARY FELKER AND
SWIFT TRANSPORTATION CO. OF ARIZONA LLC

     Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before me is defendants' **Unopposed Motion to Dismiss Any and All Claims With Prejudice** [#26],[1] filed October 9, 2023. After reviewing the motion and the record, I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendants' **Unopposed Motion to Dismiss Any and All Claims With Prejudice** [#26], filed October 9, 2023, is granted;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That all deadlines and hearings are vacated; and

4. That this case is closed.

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated October 10, 2023, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge